B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re   Enova Medical Response, Inc.                          Case No.   1:13-bk-11653-AA
                    *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   November 2013                            Date filed:   03/11/2013

Line of Business:   medical transport              NAISC Code:   N/A

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

David Malintsyan
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

|  |  | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | Yes | No |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 134,407.50 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 19,085.79 |
| Cash on Hand at End of Month | $ | 14,983.08 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 14,983.08 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 145,701.94 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 134,407.50 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 145,701.94 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | -11,294.44 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $  55,000.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $  80,000.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 17 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 32 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 478,600.00 | $ 927,875.00 | $ 449,275.00 |
| EXPENSES | $ 475,000.00 | $ 832,692.00 | $ 357,692.00 |
| CASH PROFIT | $ 3,600.00 | $ 95,185.00 | $ 91,585.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 200,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 190,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 10,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

In re Enova Medical Response, Inc.
Case No. 1:13-bk-1163-AA

## Supplement To Small Business Monthly Operating Report

Questionnaire:

No. 13: The Court approved the debtor's Emergency Motion to maintain a pre-petition bank account at Wells Fargo Bank for the purpose of accepting direct deposits only. Those funds are transferred to the debtor-in-possession General Account. See Court's Order entered 3/20/2013 (Docket No. 24)

The debtor changed banks from Wells Fargo Bank to City National Bank during the month of October. City National Bank is an approved depository, and the accounts are debtor in possession accounts.

The Debtor combined the Medicare direct deposit account with the Debtor In Possession General Account, so the former no longer exists. All further medicare direct deposits will be to the DIP General Account.

No. 18: Note: The Court approved the debtor's Emergency Motion to pay pre-petition wages and related payroll tax obligations. See Court's Order entered 3/20/2013 (Docket No. 23). However, no pre-petition bills were paid during this reporting period.

Taxes: The debtor's post-petition payroll tax returns are filed quarterly.
The debtor has been notified that various quarterly and annual payroll tax returns, and corporate income tax returns for various pre-petition tax periods, were not filed with the IRS or EDD. Those returns have been prepared and have now been filed. The IRS has filed an amended Proof of Claim to reflect the filed returns. The Debtor anticipates an adjustment to the proof of claim filed by the EDD.

Income: A majority of the debtor's income is derived from billings to medicare. Medicare changed their third party administrator, resulting in a delay in payment from Medicare during this reporting period. The debtor anticipates increased income during the next reporting period as a result. This is reflected in the higher than usual accounts receivable balance.

# CITY NATIONAL BANK
### The way up.

Page 1        (47)

Account #: 22459465

This statement: November 29, 2013
Last statement: October 31, 2013

**Contact us:**
213 673-7700

022                                            0830K
ENOVA MEDICAL RESPONSE, INC.
DIP CASE NO. 1:13-BK-11653-AA
(GENERAL ACCOUNT)
147 NORTH AVE # 18
LOS ANGELES CA 90031

Woodland Hills Office
21800 Oxnard Street
Woodland Hills CA 91367

cnb.com

---

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.

## Checking Account

**Account Summary**

| | |
|---|---:|
| Account number | 22459465 |
| Minimum balance | $-31.08 |
| Average balance | $19,167.51 |
| Avg. collected balance | $15,022.00 |

**Account Activity**

| | | | |
|---|---|---:|---:|
| Beginning balance (10/31/2013) | | | $17,375.86 |
| **Credits** | Deposits (8) | + 103,407.50 | |
| | Electronic cr (1) | + 31,000.00 | |
| | Other credits (0) | + 0.00 | |
| | **Total credits** | | +$134,407.50 |
| **Debits** | Checks paid (47) | - 43,609.39 | |
| | Electronic db (6) | - 2,034.34 | |
| | Other debits (24) | - 100,058.21 | |
| | **Total debits** | | - $145,701.94 |
| Ending balance (11/29/2013) | | | $6,081.42 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---:|
| 11-1 | Deposit | | 280.29 |
| 11-4 | Deposit | | 8,000.00 |
| 11-6 | Deposit | | 50,915.99 |
| 11-14 | Deposit | | 6,011.22 |
| 11-18 | Deposit | | 15,000.00 |
| 11-21 | Deposit | | 4,600.00 |
| 11-27 | Deposit | | 14,000.00 |
| 11-29 | Deposit | | 4,600.00 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---:|
| 11-1 | Incoming Wire-Dom | 31,000.00 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|---|---|---:|
| 1018 | 11-1 | 1,500.00 | 1023 | 11-1 | 161.10 | 1026 | 11-1 | 54.00 | 1030 * | 11-8 | 500.00 |
| 1021 * | 11-1 | 340.00 | 1024 | 11-8 | 1,000.00 | 1027 | 11-7 | 5,000.00 | 1031 | 11-8 | 561.00 |
| 1022 | 11-1 | 161.10 | 1025 | 11-1 | 500.00 | 1028 | 11-5 | 1,000.00 | 1032 | 11-12 | 5,421.00 |

**CITY NATIONAL BANK**
The way up.®

ENOVA MEDICAL RESPONSE, INC.  Page 2
November 29, 2013  Account #: 22459465

## CHECKS PAID (Continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1033 | 11-8 | 300.00 | 1043 | 11-12 | 300.00 | 1053 | 11-26 | 300.00 | 1063 | 11-26 | 523.61 |
| 1034 | 11-6 | 50.00 | 1045 * | 11-8 | 450.00 | 1054 | 11-26 | 250.00 | 1065 * | 11-19 | 65.00 |
| 1035 | 11-6 | 246.71 | 1046 | 11-8 | 1,800.00 | 1055 | 11-15 | 1,000.00 | 1066 | 11-18 | 1,007.61 |
| 1036 | 11-6 | 1,250.00 | 1047 | 11-13 | 165.00 | 1056 | 11-22 | 250.00 | 1067 | 11-18 | 425.00 |
| 1037 | 11-19 | 1,500.00 | 1048 | 11-19 | 4,875.00 | 1058 * | 11-18 | 1,500.00 | 1068 | 11-20 | 182.00 |
| 1038 | 11-6 | 175.00 | 1049 | 11-13 | 1,250.00 | 1059 | 11-18 | 2,739.53 | 1069 | 11-19 | 1,012.00 |
| 1039 | 11-12 | 869.51 | 1050 | 11-12 | 2,400.00 | 1060 | 11-15 | 250.00 | 1070 | 11-27 | 108.25 |
| 1041 * | 11-8 | 106.00 | 1051 | 11-13 | 205.30 | 1061 | 11-15 | 1,136.67 | 1071 | 11-27 | 250.00 |
| 1042 | 11-14 | 263.00 | 1052 | 11-21 | 106.00 | 1062 | 11-20 | 100.00 | * Skip in check sequence | | |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 11-4 | Preauthorized Debit IPN*CITY NATIONA PAYMENT 131104 | 199.82 |
| 11-6 | Preauthorized Debit VZ WIRELESS VW VZW WEBPAY 131106 5543512 | 213.10 |
| 11-8 | Preauthorized Debit CITY OF LA DWP W 8003425397 PPD DAVID MALINTSY | 1,059.78 |
| 11-22 | Preauthorized Debit IPN*CITY NATIONA PAYMENT CCD MALINTSYAN | 199.82 |
| 11-27 | Preauthorized Debit VZ WIRELESS VW VZW WEBPAY WEB MELANYA *DAVTY 7312203 | 215.78 |
| 11-29 | Preauthorized Debit ADP PAYROLL FEES ADP - FEES CCD 8ZSBSDB6482794 ENOVA MEDICAL | 146.04 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 11-1 | Service Charge INCOMING WIRE-DOM | | 13.00 |
| 11-1 | Account Transfer Dr. TO ACC 00022459570 | | 769.17 |
| 11-1 | Account Transfer Dr. TO ACC 00022459473 | | 11,000.00 |
| 11-1 | Account Transfer Dr. TO ACC 00022459473 | | 18,342.41 |
| 11-4 | Account Transfer Dr. TO ACC 00022459570 | | 815.00 |
| 11-4 | Account Transfer Dr. TO ACC 00022459481 | | 1,233.25 |
| 11-4 | Account Transfer Dr. TO ACC 00022459481 | | 9,650.00 |
| 11-5 | Account Transfer Dr. TO ACC 00022459570 | | 200.00 |
| 11-6 | Account Transfer Dr. TO ACC 00022459570 | | 500.00 |
| 11-7 | Account Transfer Dr. TO ACC 00022459570 | | 150.00 |
| 11-8 | Account Transfer Dr. TO ACC 00022459570 | | 270.00 |
| 11-12 | Account Transfer Dr. TO ACC 00022459570 | | 200.00 |
| 11-13 | Account Transfer Dr. TO ACC 00022459570 | | 215.00 |
| 11-14 | Account Transfer Dr. TO ACC 00022459473 | | 31,050.00 |
| 11-18 | Account Transfer Dr. TO ACC 00022459481 | | 10,654.38 |
| 11-20 | Account Transfer Dr. TO ACC 00022459570 | | 108.00 |
| 11-20 | Account Transfer Dr. TO ACC 00022459570 | | 150.00 |
| 11-20 | NSF Paid Item Fee FOR OVERDRAFT CHECK # 1068 | | 37.00 |
| 11-25 | Account Transfer Dr. TO ACC 00022459570 | | 100.00 |
| 11-25 | Account Transfer Dr. TO ACC 00022459570 | | 250.00 |
| 11-26 | Account Transfer Dr. TO ACC 00022459570 | | 460.00 |
| 11-26 | Account Transfer Dr. TO ACC 00022459570 | | 611.00 |
| 11-27 | Account Transfer Dr. TO ACC 00022459570 | | 280.00 |
| 11-29 | Account Transfer Dr. TO ACC 00022459473 | | 13,000.00 |

# CITY NATIONAL BANK
### The way up.

ENOVA MEDICAL RESPONSE, INC.   Page 3
November 29, 2013                **Account #: 22459465**

## DAILY BALANCES

| Date  | Amount    | Date  | Amount    | Date  | Amount   | Date  | Amount    |
|-------|-----------|-------|-----------|-------|----------|-------|-----------|
| 10-31 | 17,375.86 | 11-7  | 54,048.48 | 11-15 | 9,287.44 | 11-22 | 3,976.10  |
| 11-1  | 15,815.37 | 11-8  | 48,001.70 | 11-18 | 7,960.92 | 11-25 | 3,626.10  |
| 11-4  | 11,917.30 | 11-12 | 38,811.19 | 11-19 | 508.92   | 11-26 | 1,481.49  |
| 11-5  | 10,717.30 | 11-13 | 36,975.89 | 11-20 | -68.08   | 11-27 | 14,627.46 |
| 11-6  | 59,198.48 | 11-14 | 11,674.11 | 11-21 | 4,425.92 | 11-29 | 6,081.42  |

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $37.00                | $111.00            |
| Total Returned Item Fees | $0.00                 | $37.00             |

Thank you for banking with Woodland Hills Office

| Date | Payee | Transaction Type | Amount | Purpose |
|---|---|---|---|---|
| 11/1/2013 | Michael Roux | 1026 | -$54.00 | Michael Roux - LA DOT Fee |
| 11/1/2013 | Aram Grigoryan | 1025 | -$500.00 | Aram Grigoryan - Marketing/Reimbursement |
| 11/1/2013 | Agrigultural Wts and Msrs. | 1023 | -$161.10 | Weights and Measures Certificates |
| 11/1/2013 | Agrigultural Wts and Msrs. | 1022 | -$161.10 | Weights and Measures Certificates |
| 11/1/2013 | QuickSmog | 1021 | -$340.00 | Unit 113 Registration |
| 11/1/2013 | Osanna Kotelyan | 1018 | -$1,500.00 | Osanna Kotelyan - Business Development |
| 11/1/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459473 | -$18,342.41 | Transfer to Payroll (Partial) |
| 11/1/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459473 | -$11,000.00 | Transfer to Payroll (Partial) |
| 11/1/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$769.17 | Transfer to Debit Card Acct. For Sonic Tel. Pmt |
| 11/1/2013 | City National | SERVICE CHARGE INCOMING WIRE-DOM | -$13.00 | City National Fee |
| 11/4/2013 | City National | PREAUTHORIZED DEBIT IPN*CITY NATIONA PAYMENT 131104 | -$199.82 | City National Fee |
| 11/4/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459481 | -$9,650.00 | Transfer to Tax Account - IRS |
| 11/4/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459481 | -$1,233.25 | Transfer to Tax Account - EDD |
| 11/4/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$815.00 | Uniforms and LiveScan Fees |
| 11/5/2013 | SC Fuel | 1028 | -$1,000.00 | Fuel |
| 11/5/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$200.00 | Office Expenses |
| 11/6/2013 | Aram Grigoryan | 1038 | -$175.00 | Aram Grigoryan - Marketing/Reimbursement |
| 11/6/2013 | SC Fuel | 1036 | -$1,250.00 | Fuel |
| 11/6/2013 | Charles Flores | 1035 | -$246.71 | Reimbursement |
| 11/6/2013 | Brothers Automotive | 1034 | -$50.00 | Battery Exchange Fee |
| 11/6/2013 | Verizon Wireless | PREAUTHORIZED DEBIT VZ WIRELESS VW VZW WEBPAY 131106 5543512 | -$213.10 | Telephone Reimbursement |
| 11/6/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$500.00 | Office Expenses |
| 11/7/2013 | Jefbar | 1027 | -$5,000.00 | Dispatch and Billing Software Final Payment |
| 11/7/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$150.00 | Marketing |
| 11/8/2013 | Aram Grigoryan | 1046 | -$1,800.00 | Business Development and Marketing |
| 11/8/2013 | Elda Tellez | 1045 | -$450.00 | Office Maintenance |
| 11/8/2013 | LA DOT | 1041 | -$106.00 | Alexis Miller LADOT fee |
| 11/8/2013 | QuickSmog | 1033 | -$300.00 | Vehicle Registration |
| 11/8/2013 | City of El Monte | 1031 | -$561.00 | Business License Fee |
| 11/8/2013 | GE Capital Retail Bank | 1030 | -$500.00 | Aram's Credit Card Payment for Med. Supplies |
| 11/8/2013 | York Glen Medical Clinic | 1024 | -$1,000.00 | Medical Director Fee |
| 11/8/2013 | LADWP | PREAUTHORIZED DEBIT CITY OF LA DWP W 8003425397 PPD DAVID MALINTSY @@ | -$1,059.78 | 3 months water and power payment |
| 11/8/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$270.00 | Office Supplies |
| 11/12/2013 | Osanna Kotelyan | 1050 | -$2,400.00 | Marketing |
| 11/12/2013 | Philip Punla | 1043 | -$300.00 | Marketing |
| 11/12/2013 | Toledo | 1039 | -$869.51 | Towing and Repair |
| 11/12/2013 | LA DOT | 1032 | -$5,421.00 | Quarterly Fee |
| 11/12/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$200.00 | Marketing |
| 11/13/2013 | Serge Grigoryan | 1051 | -$205.30 | Battery Reimbursement |
| 11/13/2013 | SC Fuel | 1049 | -$1,250.00 | Fuel |
| 11/13/2013 | Melrose Towing | 1047 | -$165.00 | Towing |
| 11/13/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$215.00 | Office Expenses |
| 11/14/2013 | Pure Waterfall | 1042 | -$263.00 | Water Service |
| 11/14/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459473 | -$31,050.00 | Transfer to Payroll (Partial) |
| 11/15/2013 | Hernandez Consultants | 1061 | -$1,136.67 | Dispatcher Fee |
| 11/15/2013 | Charles Flores | 1060 | -$250.00 | Reimbusement for Marketing |
| 11/15/2013 | Guardian Medical | 1055 | -$1,000.00 | Partial Payment for Medical Supplies |
| 11/18/2013 | Serge Grigoryan | 1067 | -$425.00 | Marketing |
| 11/18/2013 | Charles Flores | 1066 | -$1,007.61 | Business Development and Marketing |
| 11/18/2013 | Brothers Automotive | 1059 | -$2,739.53 | Unit 112,105,103,109 Repairs |
| 11/18/2013 | SC Fuel | 1058 | -$1,500.00 | Fuel |
| 11/18/2013 | transfer | ACCOUNT TRANSFER DR. TO ACC 00022459481 | -$10,654.38 | Transfer to Tax Account - IRS and EDD |
| 11/19/2013 | Charles Flores | 1069 | -$1,012.00 | Marketing |
| 11/19/2013 | Webstip | 1065 | -$65.00 | Website Maintenance |
| 11/19/2013 | United States Trustee | 1048 | -$4,875.00 | 3rd Quarter Fee |
| 11/19/2013 | Romina Ambarchyan | 1037 | -$1,500.00 | Business Development and Marketing |
| 11/20/2013 | City National | NSF PAID ITEM FEE FOR OVERDRAFT CHECK # 1068 | -$37.00 | NSF Fee |
| 11/20/2013 | LA DOT | 1068 | -$182.00 | Susanna Juarez - LADOT Fee |
| 11/20/2013 | CMTA | 1062 | -$100.00 | CMTA Membership Fee for Ambulance Providers |
| 11/20/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$150.00 | Medical Supplies |
| 11/20/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$108.00 | Office Expense |
| 11/21/2013 | LA DOT | 1052 | -$106.00 | LA DOT Fee |
| 11/22/2013 | Aram Grigoryan | 1056 | -$250.00 | Marketing Expense |
| 11/22/2013 | City National | PREAUTHORIZED DEBIT IPN*CITY NATIONA PAYMENT CCD MALINTSYAN | -$199.82 | City National Fee |
| 11/25/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$250.00 | Uniform Expense |
| 11/25/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$100.00 | Office Expense |
| 11/26/2013 | Identity Links | 1063 | -$523.61 | Marketing Supplies |
| 11/26/2013 | Charles Flores | 1054 | -$250.00 | Marketing |
| 11/26/2013 | Albert Chang | 1053 | -$300.00 | Reimbursement |
| 11/26/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$611.00 | Metro Express Lane Refill |
| 11/26/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$460.00 | Oxygen Refill |
| 11/27/2013 | Stephen Nicholson | 1071 | -$250.00 | Unit 109 Parts and labor |
| 11/27/2013 | Aram Grigoryan | 1070 | -$108.25 | Reimbursement |
| 11/27/2013 | Verizon Wireless | PREAUTHORIZED DEBIT VZ WIRELESS VW VZW WEBPAY WEB MELANYA *DAVTY 73: | -$215.78 | Aram's Phone Reimbursement |
| 11/27/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459570 | -$280.00 | Office Supplies |
| 11/29/2013 | ADP | PREAUTHORIZED DEBIT ADP PAYROLL FEES ADP - FEES CCD 8ZSBSDB6482794 ENOV | -$146.04 | Time Tracker |
| 11/29/2013 | Transfer | ACCOUNT TRANSFER DR. TO ACC 00022459473 | -$13,000.00 | Transfer to Payroll (Partial) |

# CITY NATIONAL BANK
The way up.®

Page 1         (69)

**Account #:** 22459473

This statement: November 29, 2013
Last statement: October 31, 2013

**Contact us:**
213 673-7700

022                                    0830K
ENOVA MEDICAL RESPONSE, INC.
DIP CASE NO. 1:13-BK-11653-AA
(PAYROLL ACCOUNT)
147 NORTH AVE # 18
LOS ANGELES CA 90031

Woodland Hills Office
21800 Oxnard Street
Woodland Hills CA 91367

cnb.com

---

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.

---

## Checking Account

**Account Summary**

| | |
|---|---:|
| Account number | 22459473 |
| Minimum balance | $1.57 |
| Average balance | $6,808.06 |
| Avg. collected balance | $6,808.00 |

**Account Activity**

| | | |
|---|---:|---:|
| Beginning balance (10/31/2013) | | $434.59 |
| **Credits** Deposits (0) | + 0.00 | |
| Electronic cr (0) | + 0.00 | |
| Other credits (4) | + 73,392.41 | |
| Total credits | | +$73,392.41 |
| **Debits** Checks paid (69) | - 65,353.38 | |
| Electronic db (0) | - 0.00 | |
| Other debits (0) | - 0.00 | |
| Total debits | | - $65,353.38 |
| Ending balance (11/29/2013) | | $8,473.62 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---:|
| 11-1 | Account Transfer Cr. FR ACC 00022459465 | | 11,000.00 |
| 11-1 | Account Transfer Cr. FR ACC 00022459465 | | 18,342.41 |
| 11-14 | Account Transfer Cr. FR ACC 00022459465 | | 31,050.00 |
| 11-29 | Account Transfer Cr. FR ACC 00022459465 | | 13,000.00 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|---|---|---:|
| 1033 | 11-4 | 1,065.50 | 1062 | 11-4 | 618.90 | 1072 | 11-4 | 811.35 | 1082 | 11-4 | 348.86 |
| 1052 * | 11-5 | 865.96 | 1063 | 11-4 | 980.64 | 1073 | 11-4 | 755.51 | 1083 | 11-8 | 1,091.95 |
| 1053 | 11-5 | 938.32 | 1064 | 11-4 | 1,132.61 | 1074 | 11-4 | 645.35 | 1084 | 11-15 | 859.72 |
| 1054 | 11-5 | 824.88 | 1065 | 11-1 | 1,076.01 | 1075 | 11-4 | 406.03 | 1085 | 11-19 | 919.43 |
| 1056 * | 11-4 | 769.31 | 1066 | 11-5 | 904.06 | 1076 | 11-4 | 1,496.04 | 1086 | 11-15 | 770.88 |
| 1057 | 11-4 | 664.36 | 1067 | 11-8 | 1,021.52 | 1077 | 11-6 | 953.63 | 1087 | 11-15 | 1,064.79 |
| 1058 | 11-4 | 735.46 | 1068 | 11-1 | 659.00 | 1078 | 11-4 | 158.94 | 1088 | 11-18 | 1,105.82 |
| 1059 | 11-4 | 1,013.90 | 1069 | 11-1 | 1,765.54 | 1079 | 11-1 | 980.77 | 1089 | 11-20 | 926.71 |
| 1060 | 11-8 | 2,070.82 | 1070 | 11-4 | 908.05 | 1080 | 11-4 | 772.03 | 1090 | 11-18 | 884.35 |
| 1061 | 11-4 | 872.15 | 1071 | 11-4 | 1,083.92 | 1081 | 11-5 | 1,384.06 | 1091 | 11-18 | 965.87 |

# CITY NATIONAL BANK
The way up.®

ENOVA MEDICAL RESPONSE, INC.  
November 29, 2013

Page 2  
**Account #: 22459473**

## CHECKS PAID (Continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1092 | 11-15 | 2,070.83 | 1101 | 11-15 | 1,101.63 | 1109 | 11-15 | 782.54 | 1118 * | 11-29 | 975.97 |
| 1094 * | 11-21 | 1,384.05 | 1102 | 11-15 | 996.06 | 1110 | 11-15 | 388.18 | 1119 | 11-29 | 623.61 |
| 1095 | 11-18 | 1,060.37 | 1103 | 11-15 | 1,584.51 | 1111 | 11-15 | 681.20 | 1128 * | 11-29 | 1,001.01 |
| 1096 | 11-15 | 1,049.69 | 1104 | 11-15 | 887.98 | 1112 | 11-15 | 1,458.75 | 1140 * | 11-29 | 768.61 |
| 1097 | 11-15 | 348.86 | 1105 | 11-22 | 268.57 | 1113 | 11-15 | 909.59 | 1144 * | 11-29 | 660.09 |
| 1098 | 11-18 | 1,165.59 | 1106 | 11-18 | 1,241.07 | 1114 | 11-18 | 1,273.63 | * Skip in check sequence | | |
| 1099 | 11-18 | 1,080.94 | 1107 | 11-18 | 877.60 | 1115 | 11-15 | 968.75 | | | |
| 1100 | 11-18 | 904.31 | 1108 | 11-18 | 609.11 | 1116 | 11-29 | 957.28 | | | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-31 | 434.59 | 11-6 | 4,185.86 | 11-18 | 3,958.95 | 11-22 | 460.19 |
| 11-1 | 25,295.68 | 11-8 | 1.57 | 11-19 | 3,039.52 | 11-29 | 8,473.62 |
| 11-4 | 10,056.77 | 11-14 | 31,051.57 | 11-20 | 2,112.81 | | |
| 11-5 | 5,139.49 | 11-15 | 15,127.61 | 11-21 | 728.76 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $74.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Woodland Hills Office

# CITY NATIONAL BANK
### The way up.®

Page 1     (3)

**Account #:** 22459481

This statement: November 29, 2013
Last statement: October 31, 2013

**Contact us:**
213 673-7700

Woodland Hills Office
21800 Oxnard Street
Woodland Hills CA 91367

022     0830K
ENOVA MEDICAL RESPONSE, INC.
DIP CASE NO # 1:13-BK-11653-AA
(PAYROLL T ACCOUNT)
147 NORTH AVE # 18
LOS ANGELES CA 90031

cnb.com

---

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.

---

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 22459481 |
| Minimum balance | $119.66 |
| Average balance | $2,462.46 |
| Avg. collected balance | $2,462.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (10/31/2013) | | | $119.66 |
| **Credits** Deposits (0) | + 0.00 | | |
| Electronic cr (0) | + 0.00 | | |
| Other credits (3) | + 21,537.63 | | |
| Total credits | | | +$21,537.63 |
| **Debits** Checks paid (3) | - 3,485.37 | | |
| Electronic db (2) | - 18,049.39 | | |
| Other debits (0) | - 0.00 | | |
| Total debits | | | - $21,534.76 |
| Ending balance (11/29/2013) | | | $122.53 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-4 | Account Transfer Cr. FR ACC 00022459465 | | 1,233.25 |
| 11-4 | Account Transfer Cr. FR ACC 00022459465 | | 9,650.00 |
| 11-18 | Account Transfer Cr. FR ACC 00022459465 | | 10,654.38 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 11-12 | 1,048.98 | 1004 * | 11-21 | 1,203.14 | 1005 | 11-27 | 1,233.25 | | | * Skip in check sequence |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 11-5 | Preauthorized Debit IRS USATAXPYMT 131105 227370966010898 | 8,598.15 |
| 11-20 | Preauthorized Debit IRS USATAXPYMT CCD 22737246604800 ENOVA MEDICAL RESP | 9,451.24 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-31 | 119.66 | 11-5 | 2,404.76 | 11-18 | 12,010.16 | 11-21 | 1,355.78 |
| 11-4 | 11,002.91 | 11-12 | 1,355.78 | 11-20 | 2,558.92 | 11-27 | 122.53 |

**CITY NATIONAL BANK**
The way up.®

ENOVA MEDICAL RESPONSE, INC.  Page 2
November 29, 2013  **Account #:** 22459481

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $37.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Woodland Hills Office

# CITY NATIONAL BANK
### The way up.®

Page 1        (0)

**Account #:** 22459511

This statement: November 29, 2013
Last statement: October 31, 2013

**Contact us:**
213 673-7700

Woodland Hills Office
21800 Oxnard Street
Woodland Hills CA 91367

022                                                           0830K
ENOVA MEDICAL RESPONSE, INC.
DIP CASE NO # 1:13-BK-11653-AA                cnb.com
(ADMINISTRATIVE ACCOUNT)
147 NORTH AVE # 18
LOS ANGELES CA 90031

---

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.

---

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 22459511 | Beginning balance (10/31/2013) | | $0.00 |
| Minimum balance | $0.00 | | | |
| Average balance | $0.00 | Credits | + $0.00 | |
| Avg. collected balance | $0.00 | Debits | - $0.00 | |
| | | Ending balance (11/29/2013) | | $0.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Woodland Hills Office

# CITY NATIONAL BANK
The way up.®

Page 1        (0)

**Account #:** 22459570

This statement: November 29, 2013
Last statement: October 31, 2013

**Contact us:**
213 673-7700

Woodland Hills Office
21800 Oxnard Street
Woodland Hills CA 91367

022        0830N
ENOVA MEDICAL RESPONSE, INC.
147 NORTH AVE # 18
LOS ANGELES CA  90031

cnb.com

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER FOR DETAILS.

## Business Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 22459570 |
| Minimum balance | $180.70 |
| Average balance | $513.49 |
| Avg. collected balance | $513.00 |

**Account Activity**

| | | | | |
|---|---|---|---|---|
| Beginning balance (10/31/2013) | | | | $1,155.68 |
| Credits | Deposits (0) | + 0.00 | | |
| | Electronic cr (2) | + 118.44 | | |
| | Other credits (16) | + 5,339.76 | | |
| | **Total credits** | | | +$5,458.20 |
| Debits | Checks paid (0) | - 0.00 | | |
| | Electronic db (43) | - 6,218.37 | | |
| | Other debits (4) | - 90.00 | | |
| | **Total debits** | | | - $6,308.37 |
| Ending balance (11/29/2013) | | | | $305.51 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 11-1 | POS Refund POS DEPOSIT TERMINAL 03778407 STAPLES, INC LOS ANGEL CA TRAN DATE 11-01-13 | 104.61 |
| 11-6 | POS Refund POS DEPOSIT TERMINAL 03778407 STAPLES, INC LOS ANGEL CA TRAN DATE 11-06-13 | 13.83 |

## OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-1 | Account Transfer Cr. FR ACC 00022459465 | | 769.17 |
| 11-4 | Account Transfer Cr. FR ACC 00022459465 | | 815.00 |
| 11-5 | Account Transfer Cr. FR ACC 00022459465 | | 200.00 |
| 11-6 | Account Transfer Cr. FR ACC 00022459465 | | 500.00 |
| 11-7 | Account Transfer Cr. FR ACC 00022459465 | | 150.00 |
| 11-8 | Account Transfer Cr. FR ACC 00022459465 | | 270.00 |
| 11-12 | Account Transfer Cr. FR ACC 00022459465 | | 200.00 |
| 11-13 | Account Transfer Cr. FR ACC 00022459465 | | 215.00 |
| 11-20 | Account Transfer Cr. FR ACC 00022459465 | | 108.00 |
| 11-20 | Account Transfer Cr. FR ACC 00022459465 | | 150.00 |
| 11-25 | Account Transfer Cr. FR ACC 00022459465 | | 100.00 |
| 11-25 | Account Transfer Cr. FR ACC 00022459465 | | 250.00 |



**CITY NATIONAL BANK**
The way up.

ENOVA MEDICAL RESPONSE, INC.  Page 2
November 29, 2013             Account #: 22459570

## OTHER CREDITS (Continued)

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-26 | Account Transfer Cr. FR ACC 00022459465 | | 460.00 |
| 11-26 | Account Transfer Cr. FR ACC 00022459465 | | 611.00 |
| 11-27 | Account Transfer Cr. FR ACC 00022459465 | | 280.00 |
| 11-29 | Ck Card Refund MERCHANT REFUND TERMINAL 416407 STAPLES 0010 2277 LOS ANGEL CA TRAN DATE 11-26-13 | | 261.59 |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 11-1 | Card STAPLES, INC LOS ANGEL CA TRAN DATE 11-01-13 | 353.32 |
| 11-1 | Card STAPLES, INC LOS ANGEL CA TRAN DATE 10-31-13 | 487.97 |
| 11-1 | Ck Card STARBUCKS 08617 LOS ANGLos Angel CA TRAN DATE 11-01-13 | 28.40 |
| 11-1 | Ck Card CHARTER COMMUNICATIONS 888 438 2 CA TRAN DATE 11-01-13 | 204.04 |
| 11-4 | Ck Card MCDONALD S M2084 O F CA LOS ANGEL CA TRAN DATE 10-31-13 | 7.62 |
| 11-4 | Ck Card STAPLES 0010 2277 LOS ANGEL CA TRAN DATE 11-01-13 | 18.49 |
| 11-4 | Ck Card OFFICE DEPOT 839 GLENDALE CA TRAN DATE 10-31-13 | 160.45 |
| 11-4 | Ck Card SONIC NET INC 707 52210 CA TRAN DATE 11-01-13 | 769.17 |
| 11-5 | Card USPS 0545260039/33 70 GLELOS ANGEL CA TRAN DATE 11-05-13 | 7.57 |
| 11-5 | Card STAPLES, INC LOS ANGEL CA TRAN DATE 11-05-13 | 102.49 |
| 11-5 | Ck Card OCEAN SEAFOOD LOS ANGEL CA TRAN DATE 11-04-13 | 172.41 |
| 11-5 | Ck Card POSTAL PACK N SHIP INC GLENDALE CA TRAN DATE 11-04-13 | 187.00 |
| 11-6 | Card STAPLES, INC LOS ANGEL CA TRAN DATE 11-06-13 | 13.83 |
| 11-6 | Ck Card GALLS QUARTERMASTE R 866 286 1 KY TRAN DATE 11-05-13 | 154.70 |
| 11-6 | Ck Card METRO EXPRESS LANE S 877 22465 CA TRAN DATE 11-05-13 | 200.00 |
| 11-7 | Card AUTOZONE 5424 3052 SAN FLOS ANGEL CA TRAN DATE 11-07-13 | 48.32 |
| 11-7 | Card AUTOZONE 5413 1515 N ALVLOS ANGEL CA TRAN DATE 11-06-13 | 88.45 |
| 11-7 | Ck Card RED HORSE WASTE SE RVICESLOS ANGEL CA TRAN DATE 11-05-13 | 177.00 |
| 11-8 | Ck Card WFA CELLULAR SERVI CES GLENDALE CA TRAN DATE 11-07-13 | 40.00 |
| 11-8 | Ck Card AIR SOURCE INDUSTR IES LONG BEAC CA TRAN DATE 11-07-13 | 169.00 |
| 11-12 | Card GUSS DRIVE IN/1657 W 3RDLOS ANGEL CA TRAN DATE 11-12-13 | 27.80 |
| 11-12 | Card SMARTNFINAL511 LINCOLN H CA TRAN DATE 11-08-13 | 143.51 |
| 11-12 | Ck Card METRO EXPRESS LANE S 877 22465 CA TRAN DATE 11-09-13 | 400.00 |
| 11-13 | Card AUTOZONE 5413 1515 N ALVLOS ANGEL CA TRAN DATE 11-13-13 | 43.25 |
| 11-13 | Card SMARTNFINAL511 LINCOLN H CA TRAN DATE 11-13-13 | 46.35 |
| 11-15 | Ck Card MCDONALD S F1922 LOS ANGEL CA TRAN DATE 11-13-13 | 11.63 |
| 11-15 | Ck Card TEISHOKUYA OF TOKY O LOS ANGEL CA TRAN DATE 11-13-13 | 59.60 |
| 11-18 | Ck Card STARBUCKS 10940 LOS ANGLos Angel CA TRAN DATE 11-15-13 | 10.95 |
| 11-19 | Card GUSS DRIVE IN/1657 W 3RDLOS ANGEL CA TRAN DATE 11-19-13 | 9.27 |
| 11-20 | Card K NALBANDIAN SERVI CE CE LOS ANGEL CA TRAN DATE 11-19-13 | 35.98 |
| 11-21 | Ck Card Galls Intern 859 266 7 KY TRAN DATE 11-21-13 | 2.59 |
| 11-22 | Card PEPBOYS STORE # 85 7 LOS ANGEL CA TRAN DATE 11-22-13 | 17.43 |
| 11-22 | Card SMARTNFINAL511 LINCOLN H CA TRAN DATE 11-22-13 | 94.72 |
| 11-22 | Ck Card CARL S JR 1100650 GLENDALE CA TRAN DATE 11-20-13 | 24.03 |
| 11-25 | Ck Card STAPLES DIRECT 800 33333 CA TRAN DATE 11-22-13 | 261.59 |
| 11-26 | Card 7-ELEVEN LONG BEAC CA TRAN DATE 11-26-13 | 7.01 |
| 11-26 | Card STAPLES, INC LOS ANGEL CA TRAN DATE 11-26-13 | 189.79 |
| 11-27 | Ck Card Galls Intern 859 266 7 KY TRAN DATE 11-27-13 | 144.39 |
| 11-27 | Ck Card SONIC NET INC 707 52210 CA TRAN DATE 11-26-13 | 607.23 |
| 11-29 | Ck Card TAVERN ON BRAND GLENDALE CA TRAN DATE 11-28-13 | 43.97 |
| 11-29 | Ck Card AIR SOURCE INDUSTR IES LONG BEAC CA TRAN DATE 11-27-13 | 154.50 |
| 11-29 | Ck Card OCEAN SEAFOOD LOS ANGEL CA TRAN DATE 11-28-13 | 198.26 |
| 11-29 | Ck Card AIR SOURCE INDUSTR IES LONG BEAC CA TRAN DATE 11-27-13 | 294.29 |



ENOVA MEDICAL RESPONSE, INC.  
November 29, 2013

Page 3  
**Account #:** 22459570

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 11-18 | Monthly Service Chg TNET BASIC MAINT ( ACCTS 1-5) FOR 10/13 | | 20.00 |
| 11-18 | Monthly Service Chg TNET BASIC MAINT ( ADD'L ACCTS) FOR 10/13 | | 25.00 |
| 11-18 | Monthly Service Chg CITY IMAGE ITEM & STATEMENT MAINT FOR 10/13 | | 25.00 |
| 11-29 | Maintenance Fee | | 20.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-31 | 1,155.68 | 11-7 | 527.06 | 11-18 | 189.97 | 11-25 | 352.36 |
| 11-1 | 955.73 | 11-8 | 588.06 | 11-19 | 180.70 | 11-26 | 1,226.56 |
| 11-4 | 815.00 | 11-12 | 216.75 | 11-20 | 402.72 | 11-27 | 754.94 |
| 11-5 | 545.53 | 11-13 | 342.15 | 11-21 | 400.13 | 11-29 | 305.51 |
| 11-6 | 690.83 | 11-15 | 270.92 | 11-22 | 263.95 | | |

Thank you for banking with Woodland Hills Office